FARWICK, ADMR., APPELLANT, *v.* SISTERS OF MERCY OF CLERMONT COUNTY, OHIO, INC., D.B.A. CLERMONT MERCY HOSPITALS, ET AL., APPELLEES.

[Cite as *Farwick v. Sisters of Mercy of Clermont Cty., Ohio, Inc.* (1994), 68 Ohio St.3d 450.]

(No. 93–1465—Submitted January 25, 1994—Decided March 16, 1994.)

---

*John Woliver* and *Marlene Penny Manes,* for appellant.

*Kohnen & Patton* and *Anthony J. Caruso,* for appellee Clermont Mercy Hospitals.

*Jacobson, Maynard, Tuschman & Kalur Co., L.P.A., Gayle E. Arnold* and *Karen L. Clouse,* for appellees Steward Friedman and Associated OB–GYN Physicians, Inc.

---

The cause is reversed and remanded to the trial court on Proposition of Law No. 1 on authority of *Clark v. Southview Hosp. & Family Health Ctr.* (1994), 68 Ohio St.3d 435, 628 N.E.2d 46, decided today. The appeal is dismissed, *sua sponte,* on Propositions of Law Nos. 2 and 3, as having been improvidently allowed.

A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and WRIGHT, J., dissent.